**Order entered September 9, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-16-00259-CV

---

### IN THE INTEREST OF A.R.R., A CHILD

---

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-14-11946**

---

## ORDER

The Court has before it appellant's September 6, 2016 motion to compel for a complete court reporter's record. In the motion, appellant notes he received the reporter's record from the February 11, 2016 trial and April 27, 2015 motion hearing, but states he needs the entire record and asks the Court to order the court reporter to file a reporter's record that includes all hearings held beginning with the first hearing held December 2, 2014 through the final hearing on April 5, 2016. In addition to the proceedings held on April 27, 2015 and February 11, 2016 for which records have been filed, appellant asserts that hearings were also held on the following days and requests a reporter's record for each hearing:

- December 2, 2014, Temporary Orders Hearing

- January 28, 2015, Bench Trial

- July 16, 2015, Bench Trial

- September 21, 2015, Pretrial

- November 19, 2015, Temporary Orders Haring

- November 24, 2015, Motion Hearing

- December 8, 2015. Temporary Orders Hearing

- January 19, 2016, Temporary Orders Hearing

- April 5, 2016, Motion Hearing

On July 27, 2016, the Court ordered court reporter Donna Kindle to file all reporter's records of all hearings held in this case and to provide the Court with written verification that no reporter's record was made for any other hearings held. Ms. Kindle filed records for the April 27, 2015 hearing and the February 11, 2016 bench trial but did not provide the Court with a written verification that any other hearings held were not transcribed.

The Court **ORDERS** court reporter Donna Kindle to, within **FIFTEEN DAYS** of the date of this order, provide the Court with written verification of whether the hearings listed above occurred and whether those proceedings were recorded. We further **ORDER** Ms. Kindle to file, within **FIFTEEN DAYS** of the date of this order, final transcripts of any of the above-referenced proceedings that were recorded. We **DIRECT** the Clerk of the Court to forward a copy of this order to Ms. Kindle and to Linda Manning, court coordinator of the 303rd Judicial District Court of Dallas County, Texas.

/s/    CRAIG STODDART
        JUSTICE